UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMCAST OF MASSACHUSETTS III | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   V | ) | |
| | ) | CA 04- 10098-JLT |
| DANA DANIEL, | ) | |
|     Defendant. | ) | |

ORDER

JANUARY 27, 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge